CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RKe
MAY 0 2 2008
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TROY D. DREW,<br>    Plaintiff, | Civil Action No. 7:02cv00542 |
| v. | ORDER and<br>PRE-FILING INJUNCTION |
| WARDEN S. K. YOUNG, et al.,<br>    Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that

1. Plaintiff's "notice of procedural error" [docket no. 24] is hereby **DISMISSED as FRIVOLOUS**.

2. A **pre-filing injunction** shall be **ISSUED** against plaintiff.

3. The Clerk of the Court is DIRECTED to refuse and not docket any new filings submitted by plaintiff without obtaining leave by the court.

4. The court will grant leave to plaintiff to submit properly filed pleadings that meet the following requirements: (i) in a civil rights action, he either pre-pays the filing fee or demonstrates that he is under imminent danger of serious physical harm; (ii) demonstrates that the court has jurisdiction to hear his claims; (iii) in any action, states claims that are not frivolous. The court will discard any submission that does not meet these requirements.

The Clerk is directed to send copies of this order and accompanying memorandum opinion to plaintiff and to all counsel of record for the defendants.

ENTER: This 2nd day of May, 2008.

                                              /s/ Jackson L. Kiser
                                              Senior United States District Judge